```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

        - against -                              ORDER

JERIMIAH MORGAN                                  22 Cr. 702 (NRB)

                Defendant.

----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Defendant Jerimiah Morgan's bail conditions are modified to permit a curfew enforced by GPS monitoring with leave to work overnight and hours to be set by Pre-Trial Services.

**SO ORDERED.**

DATED:  New York, New York
        March 2, 2023

```
                            _____
                            NAOMI REICE BUCHWALD
                            UNITED STATES DISTRICT JUDGE
```