```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

        - against -                         ORDER

JERIMIAH MORGAN,                            22 Cr. 702-1 (NRB)

             Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on November 16, 2023, Jerimiah Morgan requested a modification of his bail conditions to remove his curfew and be placed on standalone GPS monitoring, as suggested and consented to by his supervising pretrial services officer, given his employment at two jobs and enrollment in a GED program, see ECF No. 52, which was opposed by the Government, see ECF No. 53; it is hereby

**ORDERED** that based on Mr. Morgan's schedule, his curfew is modified such that he is subject to a curfew enforced with GPS Monitoring from 1:30 am to 8:00 am on Fridays and Saturdays and is subject to Standalone GPS Monitoring on all other days during the week; it is further

**ORDERED** that should Mr. Morgan's work and school schedule change, the terms of his bail conditions will be subject to reconsideration.

Dated:    November 30, 2023
          New York, New York

                                    _____
                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE