```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

       - against -                                      ORDER

JERIMIAH MORGAN,                                    22 Cr. 702 (NRB)

              Defendant.

-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** a status conference was scheduled for February 13, 2024 at 2:30pm; it is hereby

    **ORDERED** that the status conference will be adjourned to April 4, 2024 at 11:30 a.m.; and it is further

    **ORDERED** that with the consent of the parties, speedy trial time is excluded from February 14, 2024 until April 4, 2024. See 18 U.S.C. § 3161(h)(7)(A).

```
DATED:    February 14, 2024
          New York, New York
```

                                                        */s/ Naomi Reice Buchwald*
                                                  NAOMI REICE BUCHWALD
                                                  UNITED STATES DISTRICT JUDGE