**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH STREET
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

June 13, 2024

Hon. Naomi R. Buchwald
Judge, United States District Court
Southern District of New York
New York, New York 10007

Re: *United States v. Jerimiah Morgan*, 22 Cr. 702 (NRB)

Dear Judge Buchwald,

I write to request the Court modify the current bail conditions so that Mr. Morgan can go with his family to 6Flags in New Jersey. His entire family, including his mother, siblings and cousins have plans to go there this Friday, June 14, 2024.

Pretrial Services Office Marlon Ovalles consents to this request as long as there are no water rides that damage the EM equipment.

The government has not indicated its position but it has objected to each modification (temporary or permanent) sought by the defense.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Jerimiah Morgan

SO ORDERED: *[signature]*
Hon. Naomi R. Buchwald
Vice
6/13/24