```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        - against -                              O R D E R

                                              22 Cr. 702-1 (NRB)
JERIMIAH MORGAN,

                Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court hereby schedules the sentencing of Jerimiah Morgan for Thursday, November 21, 2024 at 2:30 P.M.  The Government's sentencing submission is due on November 7, 2024 by 3:00 P.M., and defendant's sentencing submission is due on November 14, 2024 by 3:00 P.M.

Dated:   September 6, 2024
         New York, New York

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE