

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 5, 2024

**BY ECF AND EMAIL**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Jerimiah Morgan*, **22 Cr. 702 (NRB)**

Dear Judge Buchwald:

    The Government writes on behalf of the parties to request an adjournment of the sentencing hearing scheduled for November 21, 2024, as well as an adjournment of the deadlines for the Government and defense sentencing submissions, which are due November 7, 2024, and November 14, 2024, respectively. The reason for the request is because Probation has not yet provided the defendant's Presentence Investigation Report. This is the parties' first request for an adjournment.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York

        By:   /s
                 Brandon C. Thompson
                 Assistant United States Attorney
                 (212) 637-2444

cc:    Sabrina Shroff, esq. (by ECF and email)
       John DePierri, U.S. Probation Officer (by email)

```
Application granted.  Sentencing is adjourned until
Tuesday, December 3, 2024 at 11:30 A.M.  The
Government and defense's sentencing submissions are
due November 19 and November 26, 2024, respectively.
```
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:   November 6, 2024
         New York, New York
```